UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO: |
| v. | : | |
| | : | |
| TAYSSIR AZOUZ | : | VIOLATION: 18 U.S.C. § 1343 |
| | : | (Wire Fraud) |
| | : | |
| Defendant. | : | 22 D.C. Code § § 3211, 3212(a) |
| | : | (First Degree Theft) |

**I N F O R M A T I O N**

The United States informs the Court**:**

**COUNT ONE**: **Wire Fraud**

I.   Introduction

    l.   World Service Authority (WSA) was a not-for-profit entity located in the District of Columbia at 1012 Fourteenth Street, N.W., Suite 205, Washington, D.C.

    2.   From in or about January 2005, to in or about January 2008, the defendant TAYSSIR AZOUZ was employed at WSA to assist WSA in the servicing of clients who wanted to obtain documents created by WSA that demonstrated the refugee or other international status of the client.

    3.   The defendant TAYSSIR AZOUZ's responsibilities included interacting with WSA's clients and processing WSA the applications to obtain documents that WSA provided to them for a fee.  Defendant TAYSSIR AZOUZ was also responsible for collecting money from the clients on behalf of WSA.

II.   Scheme to Steal

    5.   From in or about January 2006, to on or about January 2008, defendant TAYSSIR AZOUZ knowingly and willfully did devise a scheme to steal and embezzle money from WSA by

periodically directing that the clients forward funds directly to defendant and accepting funds from clients by mail and wire which were supposed to be paid over to WSA for services which were being performed by WSA on behalf of the clients.

6. From on or about January 2006, to in or about January 2008, within the District of Columbia and elsewhere, the defendant TAYSSIR AZOUZ knowingly and willfully did devise and intend to devise a scheme and artifice to defraud WSA and to obtain its money and property by means of materially false and fraudulent pretenses and representations, as is more fully described in paragraphs 1 though 5 of Count One of this information.

7. In a continuing course of conduct in the District of Columbia and elsewhere, defendant TAYSSIR AZOUZ for the purpose of executing the above-captioned scheme and artifice to defraud and attempting to do so, knowing transmitted and cause to be transmitted in interstate commerce, by means of wire communications, certain writings, signals and sounds listed below:

On or about November 29, 2006, Mr. T. U. sent by wire from Bronx, New York to the District of Columbia, funds valued at approximately $306.00 via Western Union to defendant TAYSSIR AZOUZ.

**(Wire Fraud in violation of 18 U.S.C. § 1343).**

**COUNT TWO**: **First Degree Theft**

8. WSA was a not-for-profit entity located in the District of Columbia at 1012 Fourteenth Street, N.W., Suite 205, Washington, D.C.

9. From in or about January 2005 to in or about January 2008, the defendant TAYSSIR AZOUZ was employed at WSA to assist in the servicing of WSA clients.

10. The defendant TAYSSIR AZOUZ's responsibilities included interacting with WSA's clients and processing applications by the clients to obtain documents that WSA prepared on the client's behalf, collecting the money from the clients, and sending the completed documents to WSA's clients.

11. From in or about January 2006, to on or about January 2008, defendant TAYSSIR AZOUZ knowingly wrongfully obtain the money of WSA with the intent to deprive WSA of the money and, in so doing, converted the money for his own purpose and use. That is, defendant TAYSSIR AZOUZ embezzled money from WSA with a value of in excess of $250.00 or more by periodically directing that the clients of WSA forward funds directly to defendant TAYSSIR AZOUZ instead of to WSA for services which were being performed by WSA on behalf of the clients.

**(First Degree Theft in violation of 22 D.C. Code §§ 3211, 3212(a)).**

JEFFREY A. TAYLOR
United States Attorney
Bar No.: 498610


By: _____
ANTHONY M. ALEXIS
Assistant United States Attorney
D.C. Bar # 384545
United States Attorneys Office
Federal Major Crimes Section
555 Fourth Street, N.W.
Fourth Floor
(202) 514-9416
Anthony.m.alexis@usdoj.gov