UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 08-112 (EGS) |
| | : | |
| v. | : | |
| | : | |
| TAYSSIR AZOUZ, | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Karla-Dee Clark, at telephone number (202) 305-1368 and/or email address Karla-Dee.Clark@usdoj.gov.  Karla-Dee Clark will substitute for Assistant United States Attorney Anthony Alexis as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    Bar No.: 498610

    _____
    KARLA-DEE CLARK
    Assistant United States Attorney
    Federal Major Crimes, Bar No. 435782
    555 4th Street, NW, Room 4846
    Washington, DC 20530
    (202) 305-1368
    Karla-Dee.Clark@usdoj.gov