UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

  vs.　　　　　　　　　　　　　　　　　Criminal No. 08-112(EGS)

TAYSSIR AZOUZ
    Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **AUGUST 22, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **AUGUST 29, 2008**; the Government's memorandum of law, if any shall be filed by no later than **SEPTEMBER 5, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **SEPTEMBER 12, 2008 AT 1:00 P.M.**

IT IS SO ORDERED.

DATE: MAY 30, 2008　　　EMMET G. SULLIVAN
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE