UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. : Criminal No. 08-112 (EGS)

TAYSSIR AZOUZ : VIOLATION: 18 U.S.C. § 1343
: (Wire Fraud)

Defendant. : 22 D.C. Code §§ 3211, 3212(a)
: (First Degree Theft)

STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Tayssir Azouz, hereby submit this Statement of the Offense.

At all times relevant to this case, World Service Authority (WSA) was a not-for-profit entity located in the District of Columbia at 1012 Fourteenth Street, N.W., Suite 205, Washington, D.C. WSA was created to provide human rights documents. Specifically, WSA receives communications from individuals around the world who pay a fee to WSA in exchange for these documents. Once WSA has received the payment it prepares the documents and mails the goods to the client, generally through Federal Express.

From on or about January 2005, until January 25, 2008, Tayssir Azouz held the title of "Information Department Assistant," and would receive phone calls from WSA clients requesting documents from WSA or requesting an update on their application status with WSA. Tayssir was an agent or employee with WSA and worked approximately three days a week at a rate of approximately $13.00 an hour. Tayssir Azouz was responsible for collecting information and for disseminating the appropriate documentation to the clients of WSA. Each transaction completed on WSA computer system by an employee is recorded using the employee's first initial of their first and

last name. Any world passport that is issued by WSA must be done using the WSA computer system.

Beginning in or about January 2006, and continuing until January 2008, Tassir Azouz perpetrated a scheme to steal money belonging to WSA whereby he would contact WSA clients and give them instructions to divert the money owed to WSA for the services it performed to himself. Specifically, Tayssir Azouz would contact clients who had made requests for documents to be created by WSA, and instead of instructing the clients to send the funds directly to WSA, he instructed the clients to have the funds sent directly to his attention at a non-WSA location through Western Union. Tayssir Azouz would then collect the money from the designated Western Union location and would convert it to his own personal use, without WSA authority.

For example, on or about November 29, 2006, Mr. T.U. ordered documents from WSA. However, when it became time to pay for the documents, Tayssir Azouz directed Mr. T.U. to forward the payment for the documents to his attention at a location in the District of Columbia by Western Union. As directed, Mr. T.U. on or about November 29, 2006 sent from Bronx, New York, to the District of Columbia, funds valued at approximately $306.00 via Western Union to Mr. Tayssir Azouz. Total loss as a result of this scheme was $10,587.73.

On or about January 25, 2008 was interviewed by United States Law Enforcement Agents. At that time Tayssir Azouz admitted his scheme to obtain money from WSA.

JEFFREY A. TAYLOR
United States Attorney

By: _____
ANTHONY M. ALEXIS
Assistant United States Attorney
D.C. Bar # 384545
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9416
Anthonym.alexis@usdoj.gov

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have discussed it with my attorney, Allen Dale, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 05/15/08

Tayssir Azouz
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/15/08

Allen Dale, Esquire
Attorney for Defendant

4