AO 455 (Rev. 5/85)  Waiver of Indictment

FILED
MAY 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
TAYSSIR AZOUZ

WAIVER OF INDICTMENT

CASE NUMBER: 1:08cr-112

I, _TAYSSIR AZOUZ_____, the above named defendant, who is accused of

_Wire Fraud and Theft I_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/15/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
*Defendant*

_____
*Counsel for Defendant*  G. Allen Dale

Before _____
*Judicial Officer*