U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia



FILED
MAY 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA              :

V.                                    :

                                          Case No. 08-112 (EGS)

TAYSSIR AZOUZ                         :

                                      :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the _____ day of _May, 2008_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on May 15, 2008 by _Special Agent Brandee Gound_____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                      _____
                                      Judge (U.S. Magistrate)

DOJ USA-16-80

COURT