UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )                    DOCKET NO.: 1:08cr112-01
)
Tayssir Mohamed Azouz )

**FILED**

AUG 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

**O R D E R**

The United States Probation Office completed the final Presentence Report on August 20, 2008.

Sentencing is scheduled for September 12, 2008.  The Probation Office requests the sentencing

hearing be continued due to an office-wide training that will take most of the probation office

staff away from the Court on September 12, 2008.

Accordingly, it is by the Court, this _28th_ day of _August_, 2008,

**ORDERED,** the sentencing hearing scheduled for September 12, 2008 is hereby vacated, and

rescheduled to _September 17, 2008_ at _12:30 pm._

**Emmet G. Sullivan**
**United States District Judge**

(N)

**Notice of Delivery to Parties:**

George Allen Dale
601 Pennsylvania Avenue, NW
Suite 900, North Building
Washington, DC 20004
(202) 638-2900
Fax: (202) 783-1654
Email: gallendale@aol.com


Karla-Dee Clark
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 305-1368
Email: karla-dee.clark@usdoj.gov


Michael Penders
US Probation Officer
(202) 565-1379
Email: michael_penders@dcp.uscourts.gov